**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00055-CV

---

### ROBERT C. PASCHAL, JR., Appellant

### V.

### MELISSA L. PASCHAL, Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2002-54503**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 16, 2013. On February 27, 2014, appellant filed a motion to dismiss the appeal because the parties have settled the issues before the court. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.